UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 JUL -9 AM 9: 27

CLERK_____
SO. DIST. OF GA.

ANTHONY GEORGE HICKS,        )
                             )
    Plaintiff,               )
                             )
v.                           )  Case No. CV407-029
                             )
THE CITY OF SAVANNAH,        )
SAVANNAH-CHATHAM COUNTY      )
METROPOLITAN POLICE DEPT.,   )
DAN FLYNN, Chief of Police, and )
OFFICER JIM MILLER,          )
                             )
    Defendants.              )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this ___ day of ____July____, 2007.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA